**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**John Patrick George HASLAM III,**
**Defendant-Appellant.**

**No. 25142.**

United States Court of Appeals,
Ninth Circuit.

Feb. 10, 1971.

## ORDER ON REHEARING

Before MERRILL and KOELSCH, Circuit Judges, and TAYLOR, District Judge.*

Following argument on rehearing, and consideration by the court, the court adheres to the opinion heretofore filed August 31, 1970, 431 F.2d 362.